**Motion Denied and Order filed November 14, 2019**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-19-00386-CR

—————————

**JUAN MACEDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1494135**

## ORDER

Appellant filed a motion requesting we direct the district clerk to supplement the clerk's record. The motion attaches an email conversation between appellant's lawyer and a deputy district clerk. The lawyer's email identifies the document she wants to be included in the clerk's record and concludes, "Can you please file a supplement with the record with the 14th COA?" The clerk's response states in relevant part, "You will have to file a request to supplement the clerk's record first. Once filed, I can supplement the record containing the said document." Appellant's

motion asserts the clerk will not supplement the record without a court order and asks us to issue such an order.

We disagree with appellant's construction of the clerk's response. It appears the clerk was indicating the lawyer's email did not suffice as a formal request for supplementation under Texas Rule of Appellate Procedure 34.5(c)(1).

Because we have no reason to believe the clerk will not supplement the record once a proper request is received, we deny the motion.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.